UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RACHEL BARNHART,<br><br>                                      Plaintiff,<br>- against -<br><br>THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), TODD BAXTER, "RICHARD ROE SHERRIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                      Defendants. | **NOTICE OF MOTION**<br><br>Case no: 6:21-cv-06718 |

---

Defendant City of Rochester ("City") moves this Court pursuant to FED. R. CIV. P. 12(b)(6) to dismiss the third, fourth, sixth, seventh, and eighth causes of action in Plaintiff's complaint for failure to state a claim for relief.

In support of this motion, the Court is referred to the Declaration of Peachie L. Jones, Esq., with exhibits attached, and the Memorandum of Law, all submitted herewith and made part of this motion. The City reserves the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: December 16, 2021           PATRICK BEATH
                                   DEPUTY CORPORATION COUNSEL

                                  By: *Peachie L. Jones* (signature)
                                  Peachie L. Jones, Esq., Of Counsel
                                  30 Church Street, Room 400A
                                  Rochester, NY 14614
                                  (585) 428-7992
                                  Peachie.Jones@CityofRochester.gov
                                  *Counsel for Defendant City of Rochester*

To: Elliot Dolby Shields, *Co-counsel for Plaintiff*
ROTH AND ROTH LLP
192 Lexington Avenue, Suite 802
New York, NY 10024
(212) 425-1020 | eshields@rothandrothlaw.com

Donald Thompson, *Co-counsel for Plaintiff*
EASTON THOMPSON KASPEREK SHRIFFIN
16 West Main Street, Suite 243
Rochester, NY 14614
(585) 423-8290 | dmthompson@etksdefense.com

Maria E. Rodi, *Counsel for Defendant Todd Baxter*
MONROE COUNTY LAW DEPARTMENT
307 County Office Building
39 West Main Street
Rochester, NY 14614
(585) 753-1495 | MariaRodi@MonroeCounty.gov